B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Southern District of Alabama
Case No. 12–01110
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Omar Flores Walstad
  8931 Sherman Rd.
  Foley, AL 36535

Social Security / Individual Taxpayer ID No.:
  xxx–xx–7852

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                            BY THE COURT

Dated: 8/7/12                               WILLIAM S. SHULMAN
                                            United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                  United States Bankruptcy Court
                                   Southern District of Alabama
In re:                                                                      Case No. 12-01110-WSS
Omar Flores Walstad                                                         Chapter 7
       Debtor                          CERTIFICATE OF NOTICE
District/off: 1128-1           User: holmes                 Page 1 of 2              Date Rcvd: Aug 07, 2012
                               Form ID: B18                 Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2012.
db           +Omar Flores Walstad,    8931 Sherman Rd.,    Foley, AL 36535-5420
aty          +Deetric Montgomery Hicks,    1587 Northeast Expressway,    Atlanta, GA 30329-2401
aty          +James E. Loris, Jr.,    Loris Law Firm,    1358 Dauphin Street,    Mobile, AL 36604-2120
cr           +Seterus, Inc.,    1587 NE Expressway,    Atlanta, GA 30329-2401
2425181       CACH, LLC,    c/o Zarzaur & Schwartz, PC,    P.O. Box 11366,    Birmingham, AL 35202-1366
2425182       Capital One Bank,    c/o Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
2425184       Chase Bank USA, N.A.,    c/o Creditors Interchange,    80 Holtz Dr.,    Cheektowaga, NY 14225-1470
2425185       DirecTV,    P.O. Box 78626,    Phoenix, AZ 85062-8626
2425186      +Discover Bank,    c/o Nathan & Nathan, PC,    P.O. Box 1715,    Birmingham, AL 35201-1715
2425187      +Gastroenterologist, P.C.,    1625 N Alston St.,    Foley, AL 36535-2208
2425189       NYCB Mortgage Company, LLC,    P.O. Box 742579,    Cincinnati, OH 45274-2579
2425190      +Oscar Scott's Southern Dealer Trades,    218 S McKenzie St.,    Foley, AL 36535-1925
2425191      +Precision Imagine,    1680 W 2nd St.,    Gulf Shores, AL 36542-3442
2425192       Sacred Heart Medicaly Group,    P.O. Box 2699,    Pensacola, FL 32513-2699
2425193       Seterus,    P.O. Box 4128,    Attention: Bankruptcy Dept.,    Beaverton, OR 97076-4128
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QDILITTLETON.COM Aug 08 2012 01:53:00      Denise I. Littleton,    4321 Midmost Drive,
               Mobile, AL 36609-5532
2449710      +EDI: ATLASACQU.COM Aug 08 2012 01:54:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
2425183      +EDI: CAUT.COM Aug 08 2012 01:54:00      Chase Auto Finance,    P.O. Box 901076,
               Fort Worth, TX 76101-2076
2425188      +EDI: MID8.COM Aug 08 2012 01:53:00      GE Money Bank,    c/o Midland Credit Management,
               8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
2425194      +EDI: ALDEPREV.COM Aug 08 2012 01:54:00      State of Alabama,    Department of Revenue,
               P.O. Box 320001,    Montgomery, AL 36130-0001
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**          **Signature:**      *Joseph Speetjens*

```
District/off: 1128-1           User: holmes              Page 2 of 2               Date Rcvd: Aug 07, 2012
                               Form ID: B18              Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2012 at the address(es) listed below:
              Deetric Montgomery Hicks    on behalf of Creditor   Seterus, Inc. dmhicks@jflegal.com
              Denise I. Littleton    diltrustee@bellsouth.net,
               ruth_boney@alsba.uscourts.gov;dlittleton@ecf.epiqsystems.com
              James E. Loris    on behalf of Debtor Omar Walstad lorislawfirm@gmail.com,  lorisedge@msn.com
                                                                                             TOTAL: 3
```