Form B271 (Official Form 271)

# United States Bankruptcy Court

Southern District of Alabama

**Case No. 12–01110**
Chapter 7

In re:

Omar Flores Walstad
8931 Sherman Rd.
Foley, AL 36535

Social Security No.:
xxx–xx–7852

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. Denise I. Littleton is discharged as trustee of the estate of the above–named debtor and the bond is cancelled:

The Chapter 7 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 8/7/12

*William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Alabama

In re:                                                                 Case No. 12-01110-WSS
Omar Flores Walstad                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 1128-1 | User: holmes | Page 1 of 2 | Date Rcvd: Aug 07, 2012 |
|---|---|---|---|
| | Form ID: B271 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2012.
db            +Omar Flores Walstad,    8931 Sherman Rd.,    Foley, AL 36535-5420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**                    **Signature:**   *Joseph Speetjens*

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2012 at the address(es) listed below:
              Deetric Montgomery Hicks    on behalf of Creditor   Seterus, Inc. dmhicks@jflegal.com
              Denise I. Littleton    diltrustee@bellsouth.net,
               ruth_boney@alsba.uscourts.gov;dlittleton@ecf.epiqsystems.com
              James E. Loris    on behalf of Debtor Omar Walstad lorislawfirm@gmail.com,  lorisedge@msn.com
                                                                                            TOTAL: 3
```